UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| J.C. a Minor, by and through her Guardian ad Litem, Mary Pegler; MARY PEGLER, an Individual; RICHARD COTE, an Individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF LOS ANGELES, by and through THE LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES; MALIKA EDMONSON, an Individual; NICOLE FARRELL, an Individual; IMELDA SANTOS, an Individual; and DOES 1 through 10, Inclusive,<br><br>    Defendants. | Case No: CV 18-3045-DMG (FFMx)<br><br>**JUDGMENT [167]** |

Defendants NICOLE FARRELL ("Farrell") and the COUNTY OF LOS ANGELES ("the County") filed their respective Motions for Summary Judgment or, in the Alternative, Partial Summary Judgment, ("Motions") on November 15, 2019.

On January 2, 2020, the Court granted summary judgment in favor of Farrell and the County.

IT IS ORDERED AND ADJUDGED that Judgment be entered in favor of Farrell and the County and against Plaintiffs, and that Plaintiffs take nothing from Farrell and the County.

DATED: March 25, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE